IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:00cr126-ID |
| ) | |
| GONZALO MURILLO ) | |

**O R D E R**

Upon CONSIDERATION of Defendant Gonzalo Murillo's motion for default judgment, filed May 31, 2006, it is ORDERED that said motion be and the same is hereby DENIED as moot, as the record does not contain a Rule 60(b)(6) motion as referenced by Defendant in said motion.

DONE this 5th day of July, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE