IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:00cr126-ID |
| | ) | (WO) |
| GONZALO MURILLO, JR. | ) | |

**ORDER**

Before the court is the recommendation of the Magistrate Judge (Doc. No. 601), entered herein on September 12, 2006. Also before the court is a pleading titled "cross-claims and traverse" (Doc. No. 602), filed by Gonzalo Murillo, Jr. ("Murillo"), on September 18, which the court construes as an objection to the recommendation. Upon an independent review of the file in this case and upon CONSIDERATION of the recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) Murillo's objection be and the same is hereby OVERRULED;

(2) the Magistrate Judge's recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

(3) the motion for return of seized property filed by Murillo be and the same is hereby TRANSFERRED to the United States District Court for the Central District of California.

DONE this 28th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE